IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHANEEKA SMITH, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-792-RP |
| NATIONAL CREDIT SYSTEMS, INC., and OLD REPUBLIC SURETY CO., | § § § § | |
| Defendants. | § § | |

# **ORDER**

Before the Court is the above-styled cause of action. The record reflects that Defendant National Credit Systems, Inc. ("NCS") was served with Plaintiff Shaneeka Smith's ("Plaintiff") summons and complaint on September 21, 2018. (Dkt. 4). NCS's answer or otherwise responsive filing to the complaint was due on October 12, 2018. NCS has not filed a response, and Plaintiff has not filed a motion pursuant to Federal Rule of Civil Procedure 55.

Accordingly, Plaintiff is **ORDERED** to show cause, in the form of a written submission to the Court, as to why its claims against NCS should not be dismissed for want of prosecution. Failure to do so will result in dismissal of those claims. *See* Fed. R. Civ. P. 4(m); Fed. R. Civ. P. 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (district courts may dismiss cases for want of prosecution or failure to comply with a court order). Plaintiff's submission is due on or before **January 10, 2019**.

**SIGNED** on January 3, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE