IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHANEEKA SMITH, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-792-RP |
| NATIONAL CREDIT SYSTEMS, INC., and OLD REPUBLIC SURETY CO., | § § § § | |
| Defendants. | § § | |

**ORDER**

On January 10, 2019, Plaintiff submitted a response to the Court's show cause order for why this case should not be dismissed for want of prosecution. (Dkt. 9). In her response, Plaintiff indicated that her counsel and Mr. Ron Snapp, Vice President of Operations for Defendant National Credit Systems, Inc. ("NCS"), had "agreed to nearly all the essential terms of a settlement agreement," and that the signed settlement agreement would be obtained within 30 days. (*Id.* at 2). Thirty days have now passed. The parties have not filed a notice of settlement with the Court. Additionally, Plaintiff requested an entry of default against NCS on February 5, 2019, before the 30-day window had expired. (Dkt. 10).

Accordingly, the Court **ORDERS** Plaintiff to file an advisory with the Court regarding the status of the parties' settlement negotiation. Plaintiff's response is due on or before **February 20, 2019**.

**SIGNED** on February 13, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE